Civil Action No. **1:24-CV-08650-AMD-JRC**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ALEX LARSON SCHULTZ**
was recieved by me on **3/23/2025**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☒ Other *(specify)*
Posted on Wed 04/09/2025 at 07:42 PM. First class mailing was completed on 04/24/2025 by depositing the above listed documents in a USPS. Mailbox in an envelope marked personal and confidential. Affiant was unable, with due diligence to find defendant or a person of suitable age and discretion.

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date: 04/25/2025

*Joecelyn Ramos*
Server's signature

**Joecelyn Ramos**
Printed name and title

**316 W 2nd St.**
**3rd Floor**
**Los Angeles, CA 90012**
Server's address

Additional information regarding attempted service, etc:

| | |
|---|---|
| 3/25/2025, 10:35 AM | I spoke with an individual who identified themselves as the resident and they stated subject resides but not available at this time. |
| 3/29/2025, 5:02 PM | There was no answer at the address. I spoke with an on-site worker who says subject resides. When I arrived to the gated community the security asked who I was serving I told them the subject name and they granted me access As I approached the door a dog started barking as I waited no one answered the door. |
| 4/2/2025, 2:21 PM | There was no answer at the address. As I was waiting by the door, I was able to see movement due to the door being glass. |
| 4/4/2025, 11:10 AM | There was no answer at the address. Dogs were barking inside the house |
| 4/9/2025, 7:41 PM | There was no answer at the address. Lights on inside the house and dogs barking |




Tracking #: 0166936402