# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ABDULHADI ALBOUNI, et al </br> *Plaintiff* </br> v. </br> ALEX LARSON SHULTZ, et al </br> *Defendant* | ) </br> ) </br> ) Case No. 1:24-cv-08650-AMD-JRC </br> ) </br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALEX LARSON SHULTZ                                                                                             .

Date: 05/23/2025

/s/ Jeffrey J. Zuber
*Attorney's signature*

Jeffrey J. Zuber - NY State Bar No. 3892692
*Printed name and bar number*

2029 Century Park E, Suite 400
Los Angeles, CA 90067  USA

*Address*

jzuber@zuberlawler.com
*E-mail address*

(213) 596-5620
*Telephone number*

(213) 596-5621
*FAX number*