# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ABDULHADI ALBOUNI, et al<br>*Plaintiff*<br>v.<br>ALEX LARSON SHULTZ, et al<br>*Defendant* | )<br>)<br>) Case No. 1:24-cv-08650-AMD-JRC<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALEX LARSON SHULTZ .

Date: 05/22/2025

/s/ Mark H. Bloomberg
*Attorney's signature*

Mark H. Bloomberg - NY State Bar No. 1982271
*Printed name and bar number*

260 Madison Avenue, Suite 8021
New York, New York 10016 USA

*Address*

mbloomberg@zuberlawler.com
*E-mail address*

(212) 899-9830
*Telephone number*

(213) 596-5621
*FAX number*