**WOLFPOPPER**

Matthew Insley-Pruitt
845 Third Avenue
New York, NY 10022
minsley-pruitt@wolfpopper.com
wolfpopper.com

November 6, 2025

**VIA ECF**

Hon. James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re $HAWK Token Securities Litigation,* No. 1:24-cv-08650-AMD-JRC (E.D.N.Y.) This Document Relates To: ALL ACTIONS

Dear Judge Cho:

      The undersigned counsel represents Court-appointed Lead Plaintiff Alexander Escobar in the above-captioned consolidated action. Lead Plaintiff respectfully submits this Status Report in response to Your Honor's October 30, 2025 Order. Lead Plaintiff's counsel respectfully refers to the prior status updates submitted in this and the consolidated action, *Rodriguez Mena v. Schultz, et al.* No. 1:24-cv-08695-ERK-CLP (E.D.N.Y.).

      As discussed in the October 17, 2025 status report (*Mena* ECF 28), Lead Plaintiff intends to file a motion for leave to file an amended complaint (along with a proposed amended complaint) and a motion for alternative service on the current defendants other than Defendant Schultz and potentially other additional defendants named in the proposed amended complaint. Lead Plaintiff currently anticipates filing those motions by November 17, 2025.

      Lead Plaintiff's counsel met and conferred with Mr. Schultz's counsel, who intend to file a motion to dismiss all claims against their client for failure to state a cause of action. Mr. Schultz is amenable to waiting until after the filing of Lead Plaintiff's anticipated first amended complaint, at which time counsel for the respective parties will meet and confer on this anticipated motion to dismiss.

                                                            Sincerely,

                                                         */s/ Matthew Insley-Pruitt*
                                                         Matthew Insley-Pruitt
                                                          minsley-pruitt@wolfpopper.com
                                                          845 Third Avenue, 12th Floor
                                                          New York, New York 10022
                                                          Telephone: (212) 759-4600

                                                          Max Burwick

New York • Puerto Rico • Illinois • Massachusetts • Texas • Washington, D.C.

1

WOLFPOPPER

Hon. Cho

    Burwick Law PLLC
    43 W. 43rd St.
    New York, NY 10036
    max@burwick.law

    *Co-Lead Counsel for Lead Plaintiff and the Class*

New York • Puerto Rico • Illinois • Massachusetts • Texas • Washington, D.C.

2