# Exhibit A

Docusign Envelope ID: 2A616FA7-C3D0-44CF-8CAB-AD50CFF438D3

**MEME TOKEN CREATION AND MONETIZATION AGREEMENT**

THIS MEME TOKEN CREATION AND MONETIZATION AGREEMENT ("Agreement") is made and entered into on this 18th day of July, 2024, by and between MEMETIC LABS, LLC, a limited liability company organized and existing under the laws of the State of California ("MEMETIC"), with its principal place of business at 2049 Century Park East, Suite 1400, Los Angeles, CA 90067, and 16 MINUTES LLC, a limited liability company organized and existing under the laws of the State of Tennessee f/s/o HALIEY WELCH ("CLIENT"), with its principal address at 2006 Acklen Avenue, STE 120763, Nashville, TN 37212. MEMETIC and CLIENT collectively shall be referred to as the "Parties" and individually as a "Party".

WHEREAS, MEMETIC specializes in providing advisory and launchpad services for meme tokens, NFTs, and other crypto assets for high-profile clients; and

WHEREAS, CLIENT rose to viral fame through the highly successful "Hawk Tuah" meme, which has garnered widespread recognition and popularity on various social media platforms; and

WHEREAS, CLIENT seeks to engage MEMETIC for the creation and monetization of a meme token leveraging CLIENT's widespread meme and social media presence;

NOW, THEREFORE, in consideration of the mutual promises herein contained, MEMETIC and CLIENT agree as follows:

## 1. PURPOSE

The purpose of this Agreement is to set forth the terms and conditions under which MEMETIC shall provide consulting, advisory, and execution services to create and launch a meme token (the "Token") leveraging the CLIENT's brand and social media presence.

## 2. GOALS

2.1 Take advantage of a burgeoning meme token market to elevate CLIENT's profile in the cryptocurrency space.

2.2 Mentor and provide advisory services on navigating the cryptocurrency space with best practices and methodologies that preserve CLIENT's integrity and grow community trust.

2.3 Outline key deliverables for the successful launch and sustained maintenance of a meme token that aligns with CLIENT's brand and values.

2.4 Launch an exclusive meme token with an optimal profit-taking strategy that aims to provide maximum gains while maintaining the health of the Token over the long term.

1

## 3. ASSUMPTIONS

3.1 CLIENT agrees to leverage MEMETIC for consulting and professional services related to any current and future cryptocurrency-related endeavors and offers MEMETIC first bid opportunities for any future opportunities not outlined within this Agreement.

3.2 CLIENT will make the best effort to learn about the meme token ecosystem under the guidance of MEMETIC.

3.3 MEMETIC will provide cryptocurrency-related services with CLIENT's brand integrity in mind and within strict ethical and legal guardrails.

3.4 Neither CLIENT nor MEMETIC are responsible for Token price impact caused by fluctuating meme token market conditions and sentiment shifts.

3.5 The Token will be launched on the Solana blockchain using the Metaplex protocol.

3.6 MEMETIC will maintain strict control over Token supply to prevent toxic selling or other negative impacts within their purview.

## 4. DELIVERABLES AND MILESTONES

4.1     MEMETIC Deliverables

    4.1.1     Intro to the meme token ecosystem – Week 1 - MEMETIC will advise CLIENT on the optimal strategy for beginning a path towards building a following within the cryptocurrency\meme token space via co-marketing campaigns and activations with key meme token influencers and KOLs in a way that appears organic and comes from a place of genuine interest in the space and the community

    4.1.2     Promotional plan – Weeks 1-3 -MEMETIC will provide a detailed plan to promote the official "Hawk Tuah" branded meme token (Token Name TBD) including resource allocation, marketing, content creation, and social media management – all within the most frictionless manner possible

    4.1.3     Token launch execution – Week 4 - MEMETIC will use their experience to launch a token presale using fair launch methods

    4.1.4     Post-launch – Weeks 4+ -MEMETIC will continue to sustain content and social media sustenance.

    4.1.5     Dedicate resources toward the successful creation and launch of CLIENT meme token, including using a presale and fair launch model

    4.1.6     MEMEMIC will assist in providing helpful answers to cryptocurrency related questions (aka interview prep) to assist

CLIENT with any media campaigns to enhance CLIENT knowledge and performance.

4.1.7 MEMEMIC will also provide the following advisory, launchpad/startup, content creation and marketing services:

4.1.7.1 ADVISORY

4.1.7.1.1 Consulting on branding, blockchain selection, market timing vs. sentiment, creative direction, take profit strategies, tokenomics, creative direction, etc.

4.1.7.2 LAUNCHPAD\STARTUP SERVICES

4.1.7.2.1 Token creation
4.1.7.2.2 Bundle sniping
4.1.7.2.3 Whitelisting strategies
4.1.7.2.4 Presales
4.1.7.2.5 Telegram creation
4.1.7.2.6 Telegram moderation
4.1.7.2.7 Website design
4.1.7.2.8 Social media creation\management (X, TikTok, IG, etc)

4.1.7.2.8.1 CoinGecko, CMC, Jupiter, etc.

4.1.7.3 MARKETING

4.1.7.3.1 Scheduling of crypto related X spaces, podcasts, interviews, etc
4.1.7.3.2 KOL recruitment and management
4.1.7.3.3 Token supply management
4.1.7.3.4 Access to Youtube creators such as Crypto Banter, Ben Armstrong, etc.
4.1.7.3.5 Copy writers
4.1.7.3.6 SEO management
4.1.7.3.7 Whale network access
4.1.7.3.8 Celebrity access at key market caps

4.1.7.4 CONTENT CREATION

4.1.7.4.1 Illustrators
4.1.7.4.2 GIF creation
4.1.7.4.3 VFX team
4.1.7.4.4 Animation Studio
4.1.7.4.5 Script Writers
4.1.7.4.6 Voiceover actors PARTNERSHIPS
4.1.7.4.7 Market Making
4.1.7.4.8 Exchange listings
4.1.7.4.9 Access to OTC desks/coin options investors
4.1.7.4.10 Venture Capitalists
4.1.7.4.11 Platforms (Jupiter, Meteora, Solflare, etc)

3

4.2     CLIENT Deliverables

4.2.1     Place Token cashtag symbol in all of Client's social media profiles.

4.2.2     Provide full access of CLIENT's X\Twitter account to MEMETIC.

4.2.3     For the first Three Weeks leading up to Token Launch, Client will:

4.2.3.1     Mention the meme token name in media interviews.

4.2.3.2     Participate in a YouTube video announcing the Coin upon launch (answering Q&A which will showcase CLIENT's entrepreneurial spirit)

4.2.3.3     Participate in additional video interviews organized in part by MEMETIC

4.2.3.4     Participate in additional video interviews organized in part by MEMETIC

4.2.3.5     Participate in X spaces organized in part by MEMETIC

4.2.3.6     Create and sell a branded merchandise line that includes the meme token name

4.2.3.7     Meet via ZOOM at least once a week thereafter with MEMETIC for status updates and strategic planning (if CLIENT unavailable, a CLIENT representative will attend)

4.3     For the avoidance of doubt, CLIENT shall have creative approval rights over all branding, marketing, usage of name, image, and likeness, etc.


**5. COST STRUCTURE AND FUNDING**

5.1     MEMETIC Deliverables

MEMETIC will dedicate $50,000 USD upfront costs for third-party spending toward the resources needed for the planning and execution of a successful token launch, including:

5.1.1     Token pair creation.

5.1.2     Liquidity pool funding.

5.1.3     Token listings (e.g., Coin Market Cap).

5.1.4     Telegram moderation.

5.1.5     Social media management.

4

    5.1.6    Copywriters.

    5.1.7    SEO management.

    5.1.8    Web design.

    5.1.9    Content creation (illustrations, VFX editing, animations).

5.2    This upfront cost is recoupable from the initial CLIENT profits.

5.3    Any other spending allocated solely to CLIENT must be mutually approved.

## 6. PAYMENT TERMS

7    MEMETIC agrees to pay CLIENT as follows:

    7.1    $125,000 USD in advance upon signing this Agreement.

    7.2    $200,000 USD upon CLIENT meeting all CLIENT deliverables within 30 days of Token launch.

    7.3    50% of all profits, including token sales, for the lifetime of the Token, in accordance with the Accounting Provisions listed on the attached Schedule A, affixed and incorporated herein.

## 8. COMPLIANCE WITH FTC GUIDELINES

8.1    CLIENT agrees to disclose the nature of their partnership and "material connection" with MEMETIC and the endorsement of the Token in accordance with FTC guidelines.

    This includes but is not limited to:

    8.1.1    Transparent disclosure in social media posts.

    8.1.2    Display of appropriate disclaimers in all promotional content.

    8.1.3    Full transparency about the compensated nature of the promotional engagements.

## 8. INDEMNITY

Each Party agrees to indemnify, defend, and hold harmless the other Party from and against any and all claims, expenses, liabilities, losses, damages, and costs, including reasonable attorneys' fees, resulting from the indemnifying Party's breach of this Agreement or gross negligence.

## 9. ARBITRATION

Any disputes arising out of or relating to this Agreement shall be resolved by binding arbitration administered by the American Arbitration Association under its

5

Commercial Arbitration Rules. The place of arbitration shall be Los Angeles, California, and the judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

## 10. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the State of California, without regard to its conflict of laws principles.

## 11. SEVERABILITY

If any provision of this Agreement is held to be unenforceable, it shall not affect the enforceability of the remaining provisions.

## 12. ENTIRE AGREEMENT

This Agreement is a binding agreement that constitutes the entire understanding between the Parties and supersedes all prior agreements, understandings, and negotiations, whether written or oral, with respect to the subject matter hereof.  No modification of this Agreement shall be made unless in writing by both parties.

## 13. FORCE MAJEURE.

If either party is unable to perform any of its obligations by reason of fire or other casualty, strike, act or order of public authority, act of God, or other cause beyond the control of such party, then such party shall be excused from such performance during the pendency of such cause.

## 14. NOTICES

Any notices required or permitted under this Agreement shall be in writing and shall be deemed to have been duly given when delivered by hand, or sent by certified mail, return receipt requested, or recognized overnight delivery service to the addresses of the Parties set forth above.

## 15. REPRESENTATIONS AND WARRANTIES. Parties represent and warrant to each other that each is free to enter into this Agreement by agreeing to terms and conditions and that this engagement does not violate the terms of any agreement by the Client with any third party.  Each party agrees to take all steps necessary to enable both parties to comply with their legal obligations, including the protection of all intellectual property subject to this agreement, including but not limited to the filing and protection of copyrights and trademarks.

## 16. EXECUTION

This Agreement may be executed on the following page in counterparts, each of which will be deemed an original, and such counterparts will together constitute one and the same instrument.



6

Docusign Envelope ID: 2A616FA7-C3D0-44CF-8CAB-AD50CFF438D3

IN WITNESS WHEREOF, the Parties represent and warrant that they are duly authorized and have the legal capacity to execute this Agreement as of the date first above written.

**MEMETIC LABS, LLC**          **16 MINUTES LLC**

By: _____          By: _____
DB9BB0F90F7C438...                         F51A9DE52AE840C...

Name: _Alexander Shultz_____          Name: Jonnie Forster, Manager
                                                      and Authorized Signatory


Title: _Owner_____          Date: July 18, 2024

Docusign Envelope ID: 2A616FA7-C3D0-44CF-8CAB-AD50CFF438D3

IN WITNESS WHEREOF, the Parties represent and warrant that they are duly authorized and have the legal capacity to execute this Agreement as of the date first above written.

**MEMETIC LABS, LLC**          **16 MINUTES LLC**

By: _____          By: _____
DB9BB0F90F7C438...                      F51A9DE52AE840C...

Name: _Alexander Shultz_____          Name: Jonnie Forster, Manager
                                              and Authorized Signatory


Title: _Owner_____          Date: July 18, 2024