# Exhibit F





