# Exhibit R

This Exhibit contains Chainalysis Reactor graphs, which trace funds across blockchains.



## Crypto Investigations

### Reactor
Investigate and trace funds across blockchains

### Wallet Scan
Check recovery seeds for seizable crypto

### Rapid
Instant crypto triage with AI-powered insights

# Know what happens on blockchains

Chainalysis is the blockchain data platform. We provide data, software, services, and research to government agencies, exchanges, financial institutions, and insurance and cybersecurity companies in over 70 countries. Our data powers investigation, compliance, and market intelligence software that has been used to solve some of the world's most high-profile criminal cases and grow consumer access to cryptocurrency safely.

**Careers at Chainalysis**

The below image displays a Chainalysis Reactor graph that traces assets transferred between:

1. $HAWK Sniper Wallet
2. $HAWK Sniper Funder 4
3. Libra Market Maker 1



The below image displays a Chainalysis Reactor graph that traces assets transferred between:

1. $HAWK Sniper Wallet
2. $HAWK Sniper Funder
3. Trump Token Feeder 1



The below image displays a Chainalysis Reactor graph that traces assets transferred between:

1. $HAWK Sniper Wallet
2. $HAWK Sniper Funder 6  & $HAWK Sniper Funder 7
3. $TRUMP Sniper Wallet

