AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **1:24-cv-08650-AMD-JRC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Haley Welch**
was recieved by me on  **1/22/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒    I left the summons at the individual's residence or usual place of abode with **Stephanie Self, Registered Agent**, a person of suitable age and discretion who resides at **1 Music Cir S Ste 100, Nashville, TN 37203, on 01/23/2026 at 10: 03 AM**, and mailed a copy to the individual's last known address; or

☐    I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 115.10** for services, for a total of **$ 115.10**.

I declare under penalty of perjury that this information is true.

Date:  01/25/2026

_____
*Server's signature*

**Sonagnon Tobossou**
*Printed name and title*

**5101 Linbar Drive
Apt G104
Nashville, TN 37211**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; EXHIBITS,  to Stephanie Self, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age and 5'8"-5'10" tall.**





Tracking #: **0205105389**